396 A.2d 842

Reese, et ux. v. Moshannon Coal Company et al. (et al., Appellant).

642

Argued October 24, 1978.
Winifred H. Jones-Wenger, for appellant; Carl A. Belin, Jr., for appellees, Reese, et ux.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.